JAMES REILLY, Respondent, v. S. B. COMSTOCK et al.,
Appellants.   (Civil No. 138.)

APPEAL from the District Court of the Second Judicial
District in and for the County of Cochise.

James Reilly, *in persona.*

No appearance for Appellants.

February 25, 1885.   Dismissed.

---

JAMES REILLY, Admr., Respondent, v. M. E. CLARK,
Appellant.   (Civil No. 137.)

APPEAL from the District Court of the Second Judicial
District in and for the County of Cochise.

No appearance for Appellants.

James Reilly, *in persona.*

February 25, 1885.   Dismissed.

---

G. HOWARD THOMPSON, Appellant, v. C. P. DAKE
et al., Respondents.   (Civil No. 151.)

APPEAL from the District Court of the First Judicial
District in and for the County of Pima.

Earll and Campbell, and Benjamin Morgan, for Appellant.

J. A. Zabriskie and J. A. Anderson, for Respondents.

February 27, 1885.   Stricken from calendar by consent.